UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **KATHY L. WILSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 1:22-cv-00100-SLC |
| | ) |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) |
| *sued as Kilolo Kijakazi, Acting Commissioner* | ) |
| *of the Social Security Administration,* | ) |
| | ) |
| **Defendant.** | ) |

# ORDER

Before the Court is Defendant's unopposed motion for reversal and remand (ECF 24), stating that the parties have agreed to a remand of this case to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) and the entry of a judgment in favor of Plaintiff. Upon remand, the administrative law judge shall offer Plaintiff a new hearing and issue a new decision.

Accordingly, the unopposed motion (ECF 24) is GRANTED. The decision of the Commissioner is REVERSED, and the case is REMANDED to the Commissioner for further administrative proceedings. The Clerk is DIRECTED to enter a judgment in favor of the Plaintiff and against the Commissioner.

SO ORDERED.

Entered this 25th day of October 2022.

/s/ Susan Collins
Susan Collins
United States Magistrate Judge